IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSEPH HOPKINS, et al.,** | § § § | |
| Plaintiff | § § | |
| vs. | § § | CIVIL ACTION NO. 4-05-CV-332-Y |
| **CORNERSTONE AMERICA, et al.,** | § § | (Consolidated with 4-05-CV-333-Y and 4-05-CV-334) |
| Defendants. | § § § | ECF |

## PARTIES' JOINT RESPONSE TO THE COURT'S SHOW CAUSE ORDER

COMES NOW, Plaintiffs Joseph Hopkins, et al. ("Plaintiffs"), and Defendants Cornerstone America, et al. ("Defendants") and file this response to the Court's December 4, 2009 Order to Show Cause concerning the provision of information to the Court as to the parties' selection of a mediator in this case. The parties have agreed to mediate the case before the following mediator:

Cecilia Morgan
JAMS
8401 N. Central Expressway, Suite 610
Dallas, TX 75225
(214) 744-5267
(214) 720-6010 (fax)
cmorgan@jamsadr.com

The parties would note that the mediation in this matter is scheduled for December 17, 2009.

Respectfully submitted:

/s/ Francisco Guerra, IV
Francisco Guerra, IV
Texas Bar No. 00796684
Mikal C. Watts
Texas Bar No. 2098120

**WATTS LAW FIRM LLP**
Bank of America Plaza, Suite 100
300 Convent Street
San Antonio, Texas 78205
Telephone:
Facsimile: 210.527.0501

Larry A. Flournoy, Jr.

**JORDAN, HOUSER & FLOURNOY LLP**
740 East Campbell Rd., Suite 5600
Richardson, TX 75081
Telephone:
Facsimile: 214.242.2170

**ATTORNEYS FOR PLAINTIFFS**

/s/ Paulo B. McKeeby
Ronald E. Manthey
Texas Bar No. 12927400
Ron.Manthey@morganlewis.com
Paulo B. McKeeby
Texas Bar No. 00784571
Paulo.McKeeby@morganlewis.com

**MORGAN, LEWIS & BOCKIUS LLP**
1717 Main Street, Suite 3200
Dallas, TX 75201
Telephone: 214.466.4000
Facsimile: 214.466.4001

Steven R. McCown
Texas State Bar No. 13466500
Eduardo F. Cuaderes, Jr.
Texas State Bar No. 05200800

**LITTLER MENDELSON**
A Professional Corporation
2001 Ross Avenue, Suite 1500
LockBox 116
Dallas, Texas 75201.2931
214.880.8100
214.880.0181 (Fax)
Linda Ottinger Headley
Texas State Bar No. 15344600
Yvette Gatling
Texas State Bar No. 24007231

**LITTLER MENDELSON**
A Professional Corporation
1301 McKinney Street
Suite 1900
Houston, Texas 77010
713.951-9400
713.951.9212 (Fax)

David E. Keltner
Texas State Bar No. 11249500

**KELLY HART & HALLMAN, LLP**
Fort Worth, Texas 76102
(817) 878-3560
(817) 878-9280 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**