IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JOSEPH HOPKINS, et al.,** | § | |
| Plaintiffs | § § § | |
| vs. | § § | **CIVIL ACTION NO. 4-05-CV-332-Y** |
| **CORNERSTONE AMERICA, et al.,** | § § | (Consolidated with 4-05-CV-333-Y and 4-05-CV-334) |
| Defendants. | § § § | **ECF** |

## AGREED STIPULATION

It is hereby agreed and stipulated by Plaintiffs Joseph Hopkins, Sherrie Blair, Andrew Bowman, Chris Fox, Bob Howell, Mark Mann, Norm Campbell, Mark Croucher, Jeff Gessner, Terrance Johanesen, Donnie Klein, Scott Roughen, Steve Woodhead, and Dave Young ("Plaintiffs") and Defendants, Cornerstone America ("Cornerstone"), Mid-West National Life Insurance Company of Tennessee ("Mid-West") and United Insurance Companies, Inc. ("UICI") (collectively "Defendants") (collectively referred to herein as "Parties") that the Parties have reached a settlement of Plaintiffs' claims, including their claims under the Fair Labor Standards Act. The settlement was negotiated at arm's length by experienced counsel who protected the rights of the Parties. The Parties stipulate that the settlement reflects a reasonable compromise concerning bona fide disputes between their clients with respect to liability and the amount of same under the Fair Labor Standards Act. The Parties further stipulate that the amounts and terms of the settlement are full, fair and just compensation for Plaintiffs' claims.

Respectfully submitted:

| | |
|---|---|
| */s/ Francisco Guerra, IV* | */s/ Paulo B. McKeeby* |
| Francisco Guerra, IV | Ronald E. Manthey |
| Texas Bar No. 00796684 | Texas Bar No. 12927400 |
| Mikal C. Watts | Ron.Manthey@morganlewis.com |
| Texas Bar No. 2098120 | Paulo B. McKeeby |
| | Texas Bar No. 00784571 |
| **WATTS LAW FIRM LLP** | Paulo.McKeeby@morganlewis.com |
| Bank of America Plaza, Suite 100 | |
| 300 Convent Street | **MORGAN, LEWIS & BOCKIUS LLP** |
| San Antonio, Texas 78205 | 1717 Main Street, Suite 3200 |
| Telephone: | Dallas, TX  75201 |
| Facsimile:  210.527.0501 | Telephone:  214.466.4000 |
| | Facsimile:  214.466.4001 |
| Larry A. Flournoy, Jr. | |
| | Steven R. McCown |
| **JORDAN, HOUSER & FLOURNOY LLP** | Texas State Bar No. 13466500 |
| 740 East Campbell Rd., Suite 5600 | Eduardo F. Cuaderes, Jr. |
| Richardson, TX  75081 | Texas State Bar No. 05200800 |
| Telephone: | |
| Facsimile:  214.242.2170 | **LITTLER MENDELSON** |
| | A Professional Corporation |
| **ATTORNEYS FOR PLAINTIFFS** | 2001 Ross Avenue, Suite 1500 |
| | LockBox 116 |
| | Dallas, Texas 75201.2931 |
| | 214.880.8100 |
| | 214.880.0181 (Fax) |
| | Linda Ottinger Headley |
| | Texas State Bar No. 15344600 |
| | Yvette Gatling |
| | Texas State Bar No. 24007231 |
| | |
| | **LITTLER MENDELSON** |
| | A Professional Corporation |
| | 1301 McKinney Street |
| | Suite 1900 |
| | Houston, Texas 77010 |
| | 713.951-9400 |
| | 713.951.9212 (Fax) |

          David E. Keltner
          Texas State Bar No. 11249500

          **KELLY HART & HALLMAN, LLP**
          Fort Worth, Texas  76102
          (817) 878-3560
          (817) 878-9280 (Facsimile)

          **ATTORNEYS FOR DEFENDANTS**